# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, | Case No: 2:22-cr-30-APG-DJA |
| Plaintiff, | |
| vs. | |
| DARRYL JULIUS POLO, | |
| Defendant. | |

## ORDER

Upon consideration of defendant's Consent Motion to Delay Surrender and Report Date ECF Doc. No. 26, for reasons set forth in the motion and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and that defendant shall surrender to any outstanding warrants no later than seven (7) days following the conclusion of the trial in this matter, and shall self-report to his term of imprisonment after the date that he surrenders to any warrants.

ORDERED that all conditions of release set forth in the September 25, 2019 Order remain in effect. [*See*, United States District Court for the Eastern District of Virginia, 1:19-cr-00253-MSN, ECF 59.]

The Clerk is directed to provide a copy of this Order to the U.S. Marshals Service and to all counsel of record.

IT IS SO ORDERED:

Dated: March 31, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

- 1 -