**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL JULIUS POLO, et al<br><br>Defendant. | Case No: 2:22-cr-30-RFB-DJA<br><br>**STIPULATION AND ORDER<br>TO MODIFY CONDITIONS OF PRE-<br>TRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through KENNETH A. POLITE, JR. Assistant Attorney General, MATTHEW A. LAMBERTI, CHRISTOPHER CHIOU, Acting United States Attorney, RICHARD ANTHONY LOPEZ, Assistant United States Attorney, and DARRYL POLO, by and through his attorney, RICHARD E. TANASI, ESQ., that Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Somerset, Wisconsin from October 15, 2022 through and including October 18, 2022, for the purpose of attending the wedding of a friend.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Mr. Polo is currently scheduled to report for self-surrender seven (7) days after the date trial ends for Mr. Polo's co-defendants in this matter.  [ECF No. 27.]  Trial is currently set for September 12, 2023.

2.	Mr. Polo requests the conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Somerset, Wisconsin from October 15, 2022 through and including October 18, 2022, for the purpose of attending the wedding of a friend.

3.	Pretrial Services does not oppose this request.

///

///

///

///

///

///

///

///

- 2-

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, allowing Mr. Polo to travel to Somerset, Wisconsin from October 15, 2022 through and including October 18, 2022 for the purpose of attending the wedding for a friend.

DATED this 29th day of August 2022.

U.S. ATTORNEY'S OFFICE

/s/ Richard Anthony Lopez
CHRISTOPHER CHIOU
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
tony.lopez@usdoj.gov
*Attorneys for the United States*

/s/ Matthew Lamberti
KENNETH A. POLITE, JR.
Assistant Attorney General
MATTHEW A. LAMBERTI
Senior Counsel
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
*Attorneys for the United States*

/s/ Richard Tanasi
RICHARD E. TANASI, ESQ.
*Attorney for the Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, ) | Case No: 2:22-cr-30-RFB-DJA |
| Plaintiff, ) | **ORDER** |
| vs. ) | **TO MODIFY CONDITIONS OF PRE-** |
| DARRYL JULIUS POLO, et al ) | **TRIAL RELEASE** |
| Defendant. ) | |

This matter coming before the Court on Stipulation to Modify Conditions of Pre-Trial Release, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that defendant DARRYL JULIUS POLO is granted permission to travel to Somerset, Wisconsin during the period October 15, 2022 through and including October 18, 2022 to attend the wedding of a friend.

**IT IS FURTHER ORDERED THAT** all remaining conditions of Mr. Polo's pre-trial release remain in full force and effect.

DATE: September 19, 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on the 1st day of September 2022, the undersigned served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to all parties in this case.

/s/ *Richard Tanasi*
An employee of TANASI LAW OFFICES