**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, | Case No: 2:22-cr-0030-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| DARRYL JULIUS POLO, et al | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through KENNETH A. POLITE, JR. Assistant Attorney General, MATTHEW A. LAMBERTI, JASON FRIERSON, United States Attorney, RICHARD ANTHONY LOPEZ, Assistant United States Attorney, and DARRYL POLO, by and through his attorney, RICHARD E. TANASI, ESQ., that Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Lake Mary, Florida and Margate, Florida from May 4, 2023 through and including May 11, 2023, for the purpose of attending his cousin's wedding.

/ / /

/ / /

- 1-

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Mr. Polo is currently scheduled to report for self-surrender seven (7) days after the date trial ends for Mr. Polo's co-defendants in this matter. [ECF No. 27.] Trial is currently set for September 11, 2023.

2. Mr. Polo requests his conditions of pre-trial release pending self-surrender be modified to allow him to travel to Lake Mary, Florida and Margate, Florida from May 4, 2023 through and including May 11, 2023, for the purpose of attending his cousin's wedding.

3. Pretrial Services does not oppose this request.

/ / /

/ / /

/ / /

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, allowing Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Lake Mary, Florida and Margate, Florida from May 4, 2023 through and including May 11, 2023, for the purpose of attending his cousin's wedding.

DATED this 27th day of March 2023.

U.S. ATTORNEY'S OFFICE

/s/ *Richard Anthony Lopez*
JASON FRIERSON
United States Attorney
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
tony.lopez@usdoj.gov
jessica.oliva@usdoj.gov
*Attorneys for the United States*

/s/ *Matthew Lamberti*
KENNETH A. POLITE, JR.
Assistant Attorney General
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
michael.christin@usdoj.gov
*Attorneys for the United States*

/s/ *Richard Tanasi*
RICHARD E. TANASI, ESQ.
Attorney for the Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, ) <br> Plaintiff, ) <br> vs. ) <br> DARRYL JULIUS POLO, et al ) <br> Defendant. ) | Case No: 2:22-cr-0030-RFB-DJA <br><br> **ORDER <br> TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

This matter coming before the Court on Stipulation to Modify Conditions of Pre-Trial Release, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that Mr. Polo's conditions of pre-trial release pending self-surrender shall be modified to allow Mr. Polo to travel to Lake Mary, Florida and Margate, Florida from May 4, 2023 through and including May 11, 2023, for the purpose of attending his cousin's wedding.

**IT IS FURTHER ORDERED THAT** all remaining conditions of Mr. Polo's pre-trial release remain in full force and effect.

DATED: March 29, 2023.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE