KENNETH A. POLITE, JR.
Assistant Attorney General
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRSTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
michael.christin@usdoj.gov

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
tony.lopez@usdoj.gov
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOANY VAILLANT,<br>　　a/k/a Yoany Vaillant Fajardo,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00030-APG-DJA<br><br>**Stipulation to Continue Response and Reply Deadlines for Two Weeks for Defendant Vaillant's Motion to Sever (ECF No. 100)** |

　　　　Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, though Jessica Oliva, Assistant United States Attorney, and Kenneth A. Polite, Jr. Assistant Attorney General, through Matthew A. Lamberti, Senior

Counsel; and Defendant Yoany Vaillant, by and through his counsel, Christopher R. Oram, Esq.; hereby stipulate and agree to continue the June 30, 2023 Response and the July 7, 2023 Reply deadlines as to Vaillant's Motion to Sever Defendant (ECF No. 100), to July 14, 2023 and July 21, 2023, respectively.

The parties enter this stipulation for the following reasons:

1. On June 16, 2023, Vaillant filed a Motion to Sever Defendant at ECF No. 100.

2. Under Local Rule LR 7-2(b), the deadline to file and serve any points and authorities in response to a motion is 14 days after service of the Motion. The Deadline to file and serve any reply is seven days after service of the response. *Id.*

3. Accordingly, the current deadline for the Government's Response to the Motion to Sever Defendant (ECF No. 100) is June 30, 2023. Vaillant's deadline to file a Reply in Support of the Motion to Sever Defendant (ECF No. 100) is July 7, 2023.

4. The parties are engaging in plea negotiations, and propose postponing the Response and Reply deadlines by two weeks to allow this process to continue. **The new Response deadline would be July 14, 2023, and the new Reply deadline would be July 21, 2023**. Should the parties be successful, the Motion to Sever Defendant would become moot.

5. Trial is currently set for September 11, 2023 at 9:00 am. ECF No. 55. Even assuming the Court denies the Defendants' pending Motion to Continue Trial in this case (ECF No. 84), the parties' proposed briefing schedule would result in the issue being fully briefed more than seven weeks prior to trial.

///

///

///

6. Accordingly, good cause exists to continue the Response and Reply deadlines by two weeks to permit the parties to engage in plea negotiations, which—if successful—would render the issue moot and thus preserve judicial resources.

Respectfully submitted this 22nd day of June, 2022.

| | |
|---|---|
| CHRISTOPHER R. ORAM, ESQ. | JASON M. FRIERSON<br>United States Attorney |
| */s/ Christopher R. Oram*<br>Counsel to Defendant<br>Yoany VAILLANT | */s/ Jessica Oliva*<br>RICHARD ANTHONY LOPEZ<br>JESSICA OLIVA<br>Assistant United States Attorneys |
| | KENNETH A. POLITE, JR.<br>Assistant Attorney General |
| | */s/ Matthew A. Lamberti*<br>MATTHEW A. LAMBERTI<br>Senior Counsel<br>MICHAEL CHRISTIN<br>Trial Attorney<br>United States Department of Justice |

**IT IS SO ORDERED this the 23rd day of June, 2023.**

_____
HONORABLE RICHARD F. BOULWARE
    DISTRICT COURT JUDGE

3