UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )   Case No. 2:22-cr-00030-RFB
          Plaintiff,               )
                                   )   ORDER TEMPORARILY UNSEALING
     vs.                           )   TRANSCRIPT
                                   )
KRISTOPHER LEE DALLMANN, et
al.,

          Upon the request of Kathleen Bliss, Esq., and good cause appearing:

          IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 4/22/2024, Ex Parte Motion Hearing.

          IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Kathleen Bliss, Esq.

          IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

          **DATED** this 26th day of April, 2024.

                                   _____
                                   RICHARD F. BOULWARE, II
                                   U.S. District Judge