**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL JULIUS POLO,<br><br>Defendant. | Case No: 2:22-cr-30-RFB-DJA<br><br>**STIPULATION AND ORDER<br>TO DELAY SURRENDER AND REPORT<br>DATE (Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through NICOLE M. ARGENTIERI, Principal Deputy Assistant Attorney General and Head of the Criminal Division, MATTHEW A. LAMBERTI, Senior Counsel, JASON M. FRIERSON, United States Attorney, JESSICA OLIVA, Assistant United States Attorney, and DARRYL POLO, by and through his attorney, RICHARD E. TANASI, ESQ., that the date by which Mr. Polo must surrender to outstanding warrants after the conclusion of the trial in this matter and report to his term of imprisonment in the instant case, now scheduled for seven (7) days after trial ends (ECF No. 27), be vacated and continued to a date sixty (60) days from the date of the last sentencing in this case, currently set for February 4, 2025 (ECF No. 638).

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Mr. Polo has been under conditions of release since September 29, 2019. Eastern District of Virginia ("EDVA") ECF (19-cr-253-MSN). No. 59. On May 7, 2021, he was sentenced to 57 months in prison on four counts related to criminal copyright infringement and one count of money laundering. EDVA ECF 498 and 500.

2. On May 24, 2021, after a consent motion filed by Mr. Polo, Judge Ellis in EDVA ordered Mr. Polo to surrender to any outstanding warrants no later than September 7, 2021 and self-report to his term of imprisonment after September 7, 2021. EDVA No. 515.

2. On August 23, 2021, after a consent motion filed by Mr. Polo, Judge Ellis in EDVA ordered Mr. Polo to surrender to any outstanding warrants no later than February 1, 2022 and self-report to his term of imprisonment after February 1, 2022. EDVA No. 666.

3. On January 5, 2022, after a consent motion filed by Mr. Polo, Judge Nachmanoff in EDVA ordered Mr. Polo to surrender to any outstanding warrants no later than July 18, 2022 and self-report to his term of imprisonment after July 18, 2022. EDVA No. 740.

4. On March 31, 2022, after a consent motion filed by Mr. Polo, Judge Gordon ordered Mr. Polo to surrender to any outstanding warrants no later than seven (7) days following the conclusion of the trial in this matter, and to self-report to his term of imprisonment after the date that he surrenders to any warrants. ECF No. 27.

5. The additional time requested herein is sought to allow Mr. Polo time to comply with the terms of his guilty plea agreement, and to allow the government time to evaluate whether it intends to file a Motion for a Reduced Sentence under F.R.Crim.P 35(b)(2). The additional time is not sought for purposes of delay.

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing Mr. Polo's surrender and report date in the above-captioned matter to a date sixty (60) days from the date of the last sentencing in this case, currently set for February 4, 2025. ECF No. 638.

DATED this 18th day of November, 2024.

/s/ Matthew A. Lamberti
NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General and Head of the Criminal Division
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
*Attorneys for the United States*

/s/ *Jessica Oliva*
JASON M. FRIERSON
United States Attorney
Jessica Oliva
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jessica.Oliva@usdoj.gov
*Attorneys for the United States*

/s/ *Richard Tanasi*
RICHARD E. TANASI, ESQ.
Attorney for the Defendant

/ / /

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL JULIUS POLO,<br><br>Defendant. | Case No: 2:22-cr-30-RFB-DJA<br><br>**ORDER TO DELAY SURRENDER AND REPORT DATE**<br>**(Fifth Request)** |

This matter coming before the Court on a Stipulation to Delay Surrender And Report Date, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS ORDERED THAT** the defendant shall surrender to any outstanding warrants no later than April 7, 2025, and shall self-report to his term of imprisonment after the date that he surrenders to any warrants.

**IT IS FURTHER ORDERED THAT** all conditions of release set forth in the September 25, 2019 Order remain in effect. [See, United States District Court for the Eastern District of Virginia, 1:19-cr-00253-MSN, ECF 59.]

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: 11/19/2024

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on the 18th day of November 2024, the undersigned served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to all parties in this case.

/s/ *Richard Tanasi*

An employee of TANASI LAW OFFICES

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274