**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, | Case No: 2:22-cr-30-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| DARRYL JULIUS POLO, et al | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through NICOLE M. ARGENTIERI, Principal Deputy Assistant Attorney General and Head of the Criminal Division, MATTHEW A. LAMBERTI, Senior Counsel, JASON M. FRIERSON, United States Attorney, JESSICA OLIVA, Assistant United States Attorney, and DARRYL POLO, by and through his attorney, RICHARD E. TANASI, ESQ., that Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Houston, Texas from December 5, 2024 through and including December 8, 2024, for the purpose of seeing his son.

/ / /

/ / /

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Mr. Polo is currently scheduled to report for self-surrender no later than April 7, 2025. ECF No. 646.

2. Mr. Polo requests his conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Houston, Texas from December 5, 2024 through and including December 8, 2024, for the purpose of seeing his son.

3. Pretrial Services does not oppose this request.

/ / /

/ / /

/ / /

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, allowing Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to Houston, Texas from December 5, 2024 through and including December 8, 2024, for the purpose of seeing his son.

DATED this 22nd day of November 2024.

/s/ *Matthew A. Lamberti*
NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General and Head of the Criminal Division
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
*Attorneys for the United States*

/s/ *Jessica Oliva*
JASON M. FRIERSON
United States Attorney
Jessica Oliva
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jessica.Oliva@usdoj.gov
*Attorneys for the United States*

/s/ *Richard Tanasi*
RICHARD E. TANASI, ESQ.
Attorney for the Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF NEVADA, | Case No: 2:22-cr-30-APG-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| DARRYL JULIUS POLO, et al | **TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| Defendant. | |

This matter coming before the Court on Stipulation to Modify Conditions of Pre-Trial Release, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that Mr. Polo's conditions of pre-trial release pending self-surrender shall be modified to allow Mr. Polo to travel to Houston, Texas from December 5, 2024 through and including December 8, 2024, for the purpose of seeing his son.

**IT IS FURTHER ORDERED THAT** all remaining conditions of Mr. Polo's pre-trial release remain in full force and effect.

Dated this 26th day of November, 2024.



UNITED STATES DISTRICT JUDGE

-4-

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on the 22nd day of November 2024, the undersigned served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to all parties in this case.

/s/ *Richard Tanasi*

An employee of TANASI LAW OFFICES