TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL JULIUS POLO,<br><br>Defendant. | Case No: 2:22-cr-30-RFB-DJA<br><br>**AMENDED ORDER TO DELAY SURRENDER AND REPORT DATE**<br>**(Seventh Request)** |

This matter coming before the Court on a Stipulation To Delay Surrender And Report Date, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS ORDERED THAT** the defendant shall surrender to any outstanding warrants no later than sixty (60) days from the date of the last sentencing in this case, currently set for September 4, 2025, ECF No. 675, and shall self-report to his term of imprisonment after the date that he surrenders to any warrants.

**IT IS FURTHER ORDERED THAT** all conditions of release set forth in the September 25, 2019 Order remain in effect. [See, United States District Court for the Eastern District of Virginia, 1:19-cr-00253-MSN, ECF 59.]

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: 6/12/2025