**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF NEVADA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARRYL JULIUS POLO, et al ) <br> ) <br> Defendant. ) | Case No: 2:22-cr-30-RFB-DJA <br><br> **STIPULATION AND ORDER <br> TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through A. TYSEN DUVA, Assistant Attorney General and Head of the Criminal Division, MATTHEW A. LAMBERTI, Senior Counsel, TODD BLANCHE, ACTING ATTORNEY GENERAL, JESSICA OLIVA, Assistant United States Attorney, DARRYL POLO, by and through his attorney, RICHARD E. TANASI, ESQ., that Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to and from San Diego, California with notice and prior approval from his Pretrial Services Officer.

/ / /

/ / /

- 1-

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Mr. Polo is scheduled to self-surrender on September 25, 2026. *See* ECF 870. Another hearing in this matter is scheduled for August 27, 2026. *See* ECF 872.

2. Mr. Polo requests his conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to and from San Diego, California, for a quick vacation with his family (to Seaworld) from July 13-15, 2026, with notice and prior approval from his Pretrial Services Officer.

3. Pretrial Services has confirmed they do not oppose this request.

/ / /

/ / /

/ / /

/ / /

- 2-

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, allowing Mr. Polo's conditions of pre-trial release pending self-surrender be modified to allow Mr. Polo to travel to and from San Diego, California from July 13-15, 2026 with notice and prior approval from his Pretrial Services Officer.

DATED this: July 8, 2026.

/s/ *Matthew A. Lamberti*
A. TYSEN DUVA
Assistant Attorney General and Head of the Criminal Division
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
*Attorneys for the United States*

/s/ *Jessica Oliva*
TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
JESSICA OLIVIA
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jessica.Oliva@usdoj.gov
*Attorneys for the United States*

/s/ *Richard Tanasi*
RICHARD E. TANASI, ESQ.
Attorney for the Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF NEVADA,<br><br>   Plaintiff,<br><br>vs.<br><br>DARRYL JULIUS POLO, et al<br><br>   Defendant. | Case No: 2:22-cr-30-RFB-DJA<br><br><br>**ORDER**<br>**TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

This matter coming before the Court on Stipulation to Modify Conditions of Pre-Trial Release, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that Mr. Polo's conditions of pre-trial release pending self-surrender shall be modified to allow Mr. Polo to travel to and from San Diego, California for a family vacation from July 13-15, 2026 with notice and  prior approval from his Pretrial Services Officer.

**IT IS FURTHER ORDERED THAT** all remaining conditions of Mr. Polo's pre-trial release remain in full force and effect.

Dated this the 9th day of July, 2026.



_____

UNITED STATES DISTRICT JUDGE

- 4-